IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a
Class of all persons and entities similarly situated,

        Plaintiff,

v.                                              Case No. 5:16-cv-158 (Stamp)

TITAN GAS, LLC.

        Defendant.

## Notice of Settlement

Notice is hereby given that the dispute between Plaintiff DIANA MEY ("Plaintiff") and Defendant TITAN GAS, LLC ("Defendant") has been resolved in its entirety. The parties anticipate filing a Joint Motion for Dismissal with Prejudice within 14 days. Plaintiff requests that all pending dates and filing requirements be faceted and that the Court set a deadline on or after March 8, 2017 for filing a Joint Dismissal.

Filed this 22nd day of February, 2017.

/s/ John W. Barrett
John W. Barrett (WVSB# 7289)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
jbarrett@baileyglasser.com

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WVSB# 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com

251816