IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a
Class of all persons and entities similarly situated,

        Plaintiff,

v.                                                        Case No. 5:16-cv-158 (Stamp)

TITAN GAS, LLC.

        Defendant.

## Stipulation of Dismissal

      Comes now the Plaintiff, Diana Mey, by and through counsel and Defendant, Titan Gas, LLC, by and through counsel, pursuant to Rule 41 of Federal Rules of Civil Procedure and stipulate that the Plaintiff dismisses with prejudice all claims alleged in the above-captioned action. Additionally, the parties stipulate that the class allegations alleged in the above-captioned action are dismissed without prejudice.

      Filed this 28th day of February, 2017.

/s/ John W. Barrett
John W. Barrett (WVSB# 7289)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
jbarrett@baileyglasser.com

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WVSB# 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com

251816