IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf
of a class of all persons and entities
similarly situated,

    Plaintiff,

v.                                       Civil Action No. 5:16CV158
                                                  (STAMP)
TITAN GAS, LLC,

    Defendant.

### ORDER OF DISMISSAL

    Pursuant to the stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41 on February 28, 2017, it is ORDERED that this civil action be, and the same is hereby, DISMISSED and STRICKEN from the docket of the Court.  Accordingly, any pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

    DATED: February 28, 2017

                                                    /s/ Frederick P. Stamp, Jr.
                                                    FREDERICK P. STAMP, JR.
                                                    UNITED STATES DISTRICT JUDGE